Angela C. Agrusa, Esq. (SBN: 131337)
   aagrusa@linerlaw.com
Allen Lohse, Esq. (SBN: 236018)
   alohse@linerlaw.com
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

D. Fernando Bobadilla, Esq. (SBN: 0136948)
   fernando@bobadillafirm.com
THE BOBADILLA LAW FIRM
185 SW 7 St., Suite 3511
Miami, Florida 33130
Telephone: (786) 446-8643
Facsimile: (786) 446-8641
*Admitted Pro Hac Vice*

Attorneys for Defendants
MAYA MAGAZINES, INC. and MAYA
PUBLISHING GROUP, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOELIA LORENZO MONGE, an individual, and JORGE REYNOSO, an individual,<br><br>  Plaintiffs,<br><br>  vs.<br><br>MAYA MAGAZINES, INC., a Florida Corporation, MAYA PUBLISHING GROUP, LLC, a Florida Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. CV09-05077 R (SSx)<br><br>[Assigned for all purposes to the Honorable Manuel L. Real, Courtroom 8]<br><br>**DECLARATION OF ANA LAURA RIVAROLI IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: July 14, 2009<br>Discovery Cutoff: April 19, 2010<br>Summary Judgment Hrg: June 21, 2010<br>Trial Date: November 2, 2010 |

Case No. CV09-05077 R (SSx)
DECLARATION OF ANA LAURA RIVAROLI
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

# DECLARATION OF ANA LAURA RIVAROLI

I, Ana Laura Rivaroli, declare as follows:

1. I am the General Manager of Maya Publishing Group, LLC ("Maya"), a defendant in this action. I am the former General Manager of Maya Magazines, Inc. ("Maya Magazines"), also a defendant in this action. I have personal knowledge of the facts set forth herein and, if called upon to testify, I would and could testify competently thereto.

2. In my capacity as General Manager of Maya and Maya Magazines, I have personal knowledge of the purchase and publication of the photographs that are the subject of this lawsuit.

3. Maya is the publisher of TV NOTAS USA ("TVNotas"), a weekly magazine focusing primarily on newsworthy Latin American personalities.

4. Maya Magazines is the former publisher of TVNotas.

5. TVNOTAS features news articles on popular celebrities and includes stories regarding their marriages, love affairs, careers, and other significant events.

6. The magazine is distributed in and around the United States, particularly in those regions with significant Hispanic populations.

7. MONGE and REYNOSO are popular Hispanic celebrities.

8. Articles about both MONGE and REYNOSO have been featured in TVNotas several times.

9. NOELIA and REYNOSO have a significant fan base in the United States and are no strangers to the entertainment news scene.

10. In or around January 2009, Maya purchased photographs of Plaintiffs' wedding from Oscar Viqueira, a known paparazzo who signed a written copyright assignment to Maya and who represented he was the owner of the copyright.

11. A copy of Viqueira's Assignment of Copyright is attached hereto as Exhibit "A."

12. In February of 2009, Maya published five (5) of the newsworthy Photographs in a TVNotas article.

13. Copies of the TVNotas article with a Certified Translation is attached hereto as Composite Exhibit "B."

14. Copies of the published Photographs marked No. 1 through 7 are attached hereto as Exhibit "C."

15. Maya Magazines did not purchase, or publish the Photographs anywhere.

16. Maya became Maya Magazines' corporate successor in the operation of the TVNotas magazine on or about January 1, 2009, prior to Maya's publication of the photographs in its TVNotas magazine.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this ⎯1st⎯ day of June, 2010, at Miami-Dade County, Florida

*[signature]*

Ana Laura Rivaroli

General Manager

MAYA PUBLISHING GROUP, LLC

MAYA MAGAZINES, INC.

Case No. 2:09-cv-05077-R-SS
DECLARATION OF ANA RIVAROLI IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

<u>ASSIGNMENT OF COPYRIGHT</u>

THIS ASSIGNMENT OF COPYRIGHT ("Assignment") is made and entered into as of the date set forth below by: __Oscar Viqueira__ ("Artist") to to Maya Publishing Group LLC, a Florida Limited Liability Corporation with offices at 421 Michigan Avenue, Miami Beach, FL, 33139 ("Assignee")

WITNESSETH:

Whereas, Artist has prepared one or more artistic works consisting of __over 400 photos and videos of Jorge Reynoso y Noelia Boda-party and others__ (the "Works").

Whereas, Artist desires to assign the Works to Assignee.

Whereas, the parties intend for Assignee to be the sole owner of the Works, including all rights of copyright therein.

Whereas, Artist represents and warrants to Assignee that Artist is the sole Artist and creator of the Works (except to the extent that it/they are based upon or incorporate ideas or designs provided by Assignee), and that no third party may claim any rights of copyright therein and that the Works do not infringe the copyrights of another.

NOW, THEREFORE, in consideration for the payment of moneys by Publisher to Artist in a sum equal to or exceeding __$1500__ and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Artist does hereby sell, transfer, assign and convey to Assignee, its successors and assigns, any and all right, title and interest in and to the Works (including all revisions, modifications, and additions thereto, now existing or hereafter created), and all copies thereof and all rights of copyright thereto, including the right to apply for, and obtain title to, in all countries of the world, trademark or copyright registrations therefore; and to secure any renewals, reissues and extensions thereof, and all claims or causes of action, whether asserted or not, relating thereto. Artist agrees to indemnify, defend, and hold Assignee harmless from and against any claims or liability resulting from Assignee's use of the Works or any damages resulting from the breach of any representation or warranty of Artist.

IN WITNESS WHEREOF, the parties have executed this Assignment as of the dates set forth below.

Artist _[signature]_

Name: __Oscar Viqueira__

Date: __01-27-09__

Maya Publishing Group, LLC.

By: _[signature]_

Title: __Editor__

Date: __01/27/09__

MPG 00001

Exhibit "A"

> We spoke to the controversial boy bullfighter, who killed 6 young bulls in 2 hours!

# TV NOTAS®

USA Edition    The irresistible weekly!

## The Secret Wedding
of Noelia and Jorge Reynoso  [Photo insert]  in Las Vegas    [photo]

Only in TVN

We even have photos of their first **night as a married couple!**

Unpublished Images

[Photo]

Laura Flores has now adopted a baby girl

| Only in TVN | [Photo] Now that her son is going off to college, Sofía Vergara wants to find a husband! |
|---|---|
| The wife of Kippy Casado's lesbian granddaughter [Photo] is unfaithful to her! | [Photo Insert] |
| [Photo] Only in TVN [Photo] Manzanero's Ex-wife says: "First he woos them, and then, he beats them!" | Only in TVN |





MPG 00480

Exhibit "B"


Only in

Apparently, the couple married in Las Vegas in January 2007!

**First and exclusive photos of the secret wedding of Noelia and Jorge Reynoso**

[P. 2]              [Photo]

Definitely, Noelia never ceases to amaze us. Whether it's her fights with her mother, her allegations of sexual abuse, her porn videos, her problems with the press or the behavior of her partner, Jorge Reynoso, the Puerto Rican singer always takes over the headlines, and this time is no exception. In fact, a lot has been said about a supposedly secret wedding in Las Vegas, Nevada, that took place in January 2007, but until now, no one had shown photos of that memorable day. *TVNotas* got a hold of those photos and shows them to you now, exclusively.

[P. 3]

[Photo, upper left:]

**THEY POSED WITH THE MINISTER WHO MARRIED THEM**
*Noelia Lorenzo-Monge and Jorge Reynoso looked happy, she in her stretch mini dress and a sexy garter, he in a suit and tie.*

[Photo, upper right:]

**THEIR FIRST KISS AS MAN AND WIFE**
*After several years in a relationship, Reynoso finally "came through for her".*

[Photo, lower left:]

**THEN THEY WENT TO A BAR**

[Photo, lower right:]

**THIS IS HOW THE SINGER ENDED UP IN THE NUPTIAL SUITE**
*Flirty, suggestive and happy, as any bride on that day, the singer posed, ready for the wedding night.*

Although the couple has declined to confirm their marriage, these photos that we got speak for themselves.

[Stamp: proTranslating Certified Translation]

MPG 00481







*:asó en Las Vegas en enero de 2007*

## y únicas fotos de la boda de Noelia y Jorge Reynoso

**POSARON CON EL MINISTRO QUE LOS CASÓ**

Noelia Lorenzo Monge y Jorge Reynoso lucían felices: ella con un mini vestido stretch y una sexy liga, mientras él vistió de traje y corbata.

**SU PRIMER BESO COMO MARIDO Y MUJER**

Luego de unos años de relación, Reynoso finalmente "le cumplió".

**LUEGO SE FUERON A UN BAR**

**ASÍ TERMINÓ LA CANTANTE EN LA ALCOBA NUPCIAL**

Coqueta, sugerente y feliz como toda esposa en ese día, la cantante posó lista para la noche de bodas.

Aunque la pareja no ha querido confirmar su matrimonio, estas fotos que conseguimos hablan por sí solas.

TVn :)

MPG 00484



# ProTranslating

## CERTIFICATE OF ACCURACY

The undersigned, Dr. Luis A. de la Vega, Chairman of ProTranslating, appearing on behalf of ProTranslating, hereby states, to the best of his knowledge and belief, that the foregoing is an accurate translation of the attached original document in the ___Spanish___ language, consisting of ___three___ pages, and that this is the last of the attached.

_____
Luis A. de la Vega, Ph. D.
Chairman
For ProTranslating


State of Florida
County of Miami-Dade

The foregoing certificate was acknowledged before me on this ___9th___ day of ___October___, ___2009___, by Dr. Luis A. de la Vega, Chairman of ProTranslating, a Florida corporation, on behalf of the corporation. He is personally known to me.


_____
Notary Public

My commission expires:

ROSANNA GAVAZZI
Notary Public - State of Florida
My Commission Expires May 6, 2012
Commission # DD 786399
Bonded Through National Notary Assn

44 W. Flagler St., Ste. 1800 Miami, Fl 33130   Ph: 305.371.7887   Fax: 305.371.8366
www.protranslating.com

MPG 00485



MPG 00482

Exhibit "C"



*asó en Las Vegas en enero de 2007*

## y únicas fotos de la boda de Noelia y Jorge Reynoso

**POSARON CON EL MINISTRO QUE LOS CASÓ**

Noelia Lorenzo Monge y Jorge Reynoso lucían felices, ella con un mini vestido stretch y una sexy liga, mientras él vistió de traje y corbata.

**SU PRIMER BESO COMO MARIDO Y MUJER**

Luego de unos años de relación, Reynoso finalmente "le cumplió".

**LUEGO SE FUERON A UN BAR**

**ASÍ TERMINÓ LA CANTANTE EN LA ALCOBA NUPCIAL**

Coqueta, sugerente y feliz como toda esposa en ese día, la cantante posó lista para la noche de bodas.

Aunque la pareja no ha querido confirmar su matrimonio, estas fotos que conseguimos hablan por sí solas.

TVn :)

MPG 00484



MPG 00483