JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOELIA LORENZO MONGE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MAYA MAGAZINES, INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. CV09-05077-R <br><br> JUDGMENT |

    Defendants Maya Magazines, Inc. and Maya Publishing Group, LLC (collectively "Defendants) Motion for Summary Judgment, came before the Court for hearing on June 21, 2010. After consideration of the moving and opposition papers, and the argument of counsel, the Court Granted Defendants' Motion for Summary Judgment.

    IT IS ORDERED that Judgment is entered in favor of Defendants and that Plaintiffs Noelia Lorenzo Monge and Jorge Reynoso shall take nothing by their complaint. This action is hereby dismissed with prejudice and Defendants are to recover their costs.

DATED: September 30, 2010.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE