Michael D. Kuznetsky, Esq., California State Bar No. 241045
mike@kuzlaw.com
KUZNETSKY LAW GROUP, P.C.
10 Universal City Plaza Suite 2000
Universal City, CA 91608
(818) 753-2450 Fax: (818) 736-9099

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOELIA LORENZO MONGE, an individual, and JORGE REYNOSO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MAYA MAGAZINES, INC., a Florida Corporation, MAYA PUBLISHING GROUP, LLC, a Florida Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV09-5077R(SSx)<br><br>*[Assigned to District Judge Manuel L. Real and Discovery Magistrate Judge Suzanne H. Segal]*<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ACTION AGAINST ALL DEFENDANTS PURSUANT TO FED. R. CIV. P. 41**<br><br>**[PROPOSED] ORDER**<br><br>Complaint Filed     July 14, 2009<br>Hearing     October 29, 2012 |

///
///
///

1

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, NOELIA LORENZO MONGE and JORGE REYNOSO (collectively "Plaintiffs") and Defendants, MAYA MAGAZINES, INC. and MAYA PUBLISHING GROUP, LLC (collectively "Defendants"), through their respective undersigned counsel of record, hereby stipulate to the voluntary dismissal of this Action with prejudice against Defendants. Plaintiffs and Defendants further stipulate to the Court retaining jurisdiction over the settlement contract.

Each party shall bear their own attorneys' fees, expenses and costs.

Dated: October 17, 2012   By: _____
Michael D. Kuznetsky, Esq., Attorney for Plaintiffs
KUZNETSKY LAW GROUP, P.C.
10 Universal City Plaza Suite 2000
Universal City, CA 91608
mike@kuzlaw.com
Telephone: (818) 753-2450

Dated: October 17, 2012   By: _____
D. Fernando Bobadilla, Esq., Attorney for Defendants
THE BOBADILLA LAW FIRM
185 SW 7 St., Suite 3511
Miami, Florida 33130
fernandob@bobadillafirm.com
Telephone: (786) 446-8643

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing documents described as **STIPULATION OF VOLUNTARY DISMISSAL OF ACTION AGAINST ALL DEFENDANTS PURSUANT TO FED. R. CIV. P. 41; [PROPOSED] ORDER** with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on October 12, 2012.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed on October 17, 2012, at Los Angeles, California.

/s/ Michael D. Kuznetsky

MICHAEL D. KUZNETSKY